# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Tseng Chan, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | **CV 13-1192-PHX-ROS** |
| v. | |
| Thunderbird Collection Specialists Inc., et al., | |
| Defendant(s). | |

____  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed October 24, 2013, this case is dismissed with prejudice for failure prosecute and failure to comply with the Court's October 8, 2013 Order. Plaintiff to take nothing.

BRIAN D. KARTH
District Court Executive/Clerk

October 24, 2013

s/Kathy Gerchar
By: Deputy Clerk

cc: (all counsel)